**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**BEFORE:**  James M. Wicks, U.S. Magistrate Judge
**DATE:**  July 7, 2025
**TIME:**  11:30 AM
**TIME LOG:**  11:30 – 11:38 (By Video - via Zoom)

**CASE NO.:**  2:25-cv-02283-JMW
**CAPTION:**  Ganz, et. al. v. Nassau County, New York, et. al.

## CIVIL PROCEEDING MINUTE ORDER
SEALED PROCEEDING = No

**APPEARANCES:**

➢  For Plaintiff(s):        <u>Amy Bellantoni, Esq.</u>

➢  For Defendant(s):       <u>Matthew Rozea, Esq., and Robert Castello, Esq.</u>

**THE FOLLOWING RULINGS WERE MADE:**

➢  Initial Conference held.

➢  Following discussion with counsel during the Initial Conference and review of the submitted worksheet, the Court adopted a Scheduling Order which is attached at ECF No. 11. In addition to the dates set forth below and within the Scheduling Order, the Court advised the parties that the last date to take the first steps towards Summary Judgment motion practice shall be **February 13, 2026**.

➢  As mentioned during the Initial Conference, counsel for the parties are reminded that pursuant to the EDNY Administrative Order 2023-23 (<u>see</u> ECF No. 2), this is a Direct Assignment Program case. As such, unless the parties consent to the undersigned's jurisdiction on or before **August 7, 2025**, a District Judge will be randomly assigned to the case. The parties were also advised that pursuant to Fed. R. Civ. P. 73(b)(2), the parties are free to withhold consent without any adverse substantive consequences.

➢ A Status Conference has been scheduled for **November 17, 2025, at 12:00 PM** via the Court's Video Zoom. A Final Pre-Trial Conference has been scheduled for **March 23, 2026, at 10:00 AM** via the Court's Video Zoom. The Court will e-mail the Zoom invitations closer to the conference dates. These conferences are public proceedings, and all are welcome to attend via telephone or via video. If you would like to receive the Zoom invitation, please contact Judge Wicks' Courtroom Deputy at (631) 712-5625. **All participants involved shall comply with Judge Wicks' Individual Rules regarding Expectations for Remote Appearances (*see* Rule § 1E)**.

➢ A proposed Joint Pre-Trial Order ("JPTO") in compliance with the Individual Practice Rules of this Court, or of the assigned District Judge if the parties do not consent to this Court, signed by counsel for each party, must be filed on ECF by **March 16, 2026**. If a Motion for Summary Judgment is pending, the final Pre-Trial Conference will be cancelled and filing of the proposed JPTO will be held in abeyance.

➢ The undersigned is available for a Settlement Conference if the parties so desire. In the event the parties would like a Settlement Conference, the parties are directed to contact the undersigned's Courtroom Deputy at (631) 712-5625 with mutually convenient dates that the parties are available.

**SO ORDERED.**

s/ *James M. Wicks*

JAMES M. WICKS
United States Magistrate Judge